NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**QUANTICO TACTICAL, INC.,**
*Plaintiff-Appellant*

**UNIFIRE, INC.,**
*Plaintiff*

**v.**

**UNITED STATES, ATLANTIC DIVING SUPPLY, INC.,**
*Defendants-Appellees*

---

2021-1010

---

Appeal from the United States Court of Federal Claims in Nos. 1:20-cv-00120-EGB, 1:20-cv-00150-EGB, Senior Judge Eric G. Bruggink.

---

**JUDGMENT**

---

ANUJ VOHRA, Crowell & Moring, LLP, Washington, DC, argued for plaintiff-appellant.  Also represented by DANIEL RUBEN FORMAN, ERIC RANSOM, MONICA ROSE STERLING.

MARIANA TERESA ACEVEDO, Commercial Litigation Branch, Civil Division, United States Department of

Justice, Washington, DC, argued for defendant-appellee United States. Also represented by JOHN COGHLAN, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.; KELLY LAUREN DIAZ-ALBERTINI, Office of Counsel, Defense Logistics Agency, Philadelphia, PA.

PAUL F. KHOURY, Wiley Rein LLP, Washington, DC, argued for defendant-appellee Atlantic Diving Supply, Inc. Also represented by JAMES RYAN FRAZEE, KENDRA P. NORWOOD, JOHN PRAIRIE.

───────────────

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MOORE, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 1, 2021             /s/ Peter R. Marksteiner
       Date                  Peter R. Marksteiner
                             Clerk of Court